```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WILLIAM O. MULLIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5005 |
| | ) | |
| v. | ) | |
| | ) | |
| ROYCE HUBER, DAVE WISEMAN, RALPH MORGANWECK, MATTHEW J. HOGAN, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to extend time, filing 18, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to July 22, 2005.

DATED this 6th day of July, 2005.

BY THE COURT:

*s/ David L. Piester*
David L. Piester
United States Magistrate Judge