IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM O. MULLIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5005 |
| | ) | |
| v. | ) | |
| | ) | |
| ROYCE HUBER, Refuge Manager, | ) | ORDER |
| Fort Niobrara National | ) | |
| Wildlife Refuge; DAVE | ) | |
| WISEMAN, Refuge Supervisor; | ) | |
| RALPH MORGANWECK, Regional | ) | |
| Director USF&W Region 6; | ) | |
| MATTHEW J. HOGAN, Acting | ) | |
| Director of the UNITED STATES | ) | |
| FISH AND WILDLIFE SERVICE; | ) | |
| GALE A. NORTON, Secretary of | ) | |
| the UNITED STATES DEPARTMENT | ) | |
| OF THE INTERIOR, | ) | |
| | ) | |
| Defendants. | ) | |

The stipulations of the parties in their Report of Planning Conference, filing 21, are adopted by the court.

IT THEREFORE HEREBY IS ORDERED,

1. Defendants shall file the agency administrative record not later than September 20, 2005.

2. Plaintiff shall file any motion seeking to amend his complaint, and make any motion with respect to requesting the opportunity for discovery, both with supporting brief, not later than October 11, 2005.

3. Briefing response from the Defendants on the issue of the amended complaint and any issues on discovery shall be filed not later than October 31, 2005.

4. Reply from the Plaintiff shall be filed not later than November 10, 2005.

    5.  If Plaintiff should elect not to seek to attempt to amend the complaint, the parties agree that Plaintiff will notify the Court and opposing party not later than October 11, 2005, and the parties will at that time confer and ask the Court to set an appropriate briefing schedule on the issues remaining in the case.

    DATED this 29th day of July, 2005.

                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge