```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

WILLIAM O. MULLIGAN,            )
                                )
              Plaintiff,        )         7:05CV5005
                                )
       v.                       )
                                )
ROYCE HUBER, DAVE WISEMAN,      )           ORDER
RALPH MORGANWECK, MATTHEW J.    )
HOGAN, UNITED STATES FISH AND   )
WILDLIFE SERVICE, and UNITED    )
STATES DEPARTMENT OF THE        )
INTERIOR,                       )
                                )
              Defendants.       )
                                )
```

The plaintiff has filed a motion for leave to file an amended complaint, filing 27. The government does not oppose this motion. See filing 33 (government's brief opposing motion to expand the administrative record) at p. 2 n. 1.

IT THEREFORE HEREBY IS ORDERED:

1. The plaintiff's motion to file an amended complaint, filing 27, is granted.

2. On or before November 18, 2005, the plaintiff shall file his amended complaint, a copy which is currently attached to his filing 27 motion.

3. On or before December 2, 2005, the defendants shall answer or otherwise respond to plaintiff's first amended complaint.

DATED this 14th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge