IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM O. MULLIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5005 |
| | ) | |
| v. | ) | |
| | ) | |
| ROYCE HUBER, DAVE WISEMAN, RALPH MORGANWECK, MATTHEW J. HOGAN, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The clerk is directed to strike filing number 41 and remove it from the public docket.

DATED this 9th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge