IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM O. MULLIGAN, | ) | 7:05CV5005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROYCE HUBER, DAVE WISEMAN, RALPH MORGANWECK, MATTHEW J. HOGAN, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR, | ) | |
| Defendants. | ) | |

This matter is before the court upon Plaintiff's motion to extend the time for filing his brief in opposition to Defendants' Motion to Dismiss. I find that the motion should be granted.

IT IS ORDERED that the motion in filing 46 is granted, and Plaintiff shall have until January 13 to file his brief opposing the pending Motion to Dismiss.

January 3, 2006.                    BY THE COURT:

                                    *s/Richard G. Kopf*
                                    United States District Judge