## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM O. MULLIGAN, | ) | 7:05CV3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROYCE HUBER, DAVE WISEMAN, | ) | |
| RALPH MORGANWECK, | ) | |
| MATTHEW J. HOGAN, UNITED | ) | |
| STATES FISH AND WILDLIFE | ) | |
| SERVICE, and UNITED STATES | ) | |
| DEPARTMENT OF THE INTERIOR, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon defendants' motion for extension of time to reply to Plaintiff's brief opposing defendants' motion to dismiss.  I find that the motion should be granted.

IT IS ORDERED that the motion in filing 51 is granted, and defendants shall have until February 6, 2006, to file their reply to plaintiff's brief opposing defendants' motion to dismiss.

January 24, 2006                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge